IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 93-5090 LJO |
| Plaintiff, | **ORDER ON DEFENDANT'S MOTION FOR RESENTENCING** |
| vs. | (Docs. 275.) |
| BRETT KENNETH MILLER, | |
| Defendant. | |

This Court has reviewed defendant Brett Kenneth Miller's ("defendant's") motion for resentencing, filed on January 28, 2008. Defendant was sentenced in 1995. This Court no longer has jurisdiction on defendant's sentencing. *See* 28 U.S.C. § 2255. This Court DENIES defendant's motion for resentencing.

IT IS SO ORDERED.

**Dated:   February 12, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE